JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.K.H., a minor by and through her Guardian Ad Litem ELIZABETH LANDEROS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TUSTIN, et al.,<br>Defendants.<br>Consolidated with:<br>H.H., a minor by and through her Guardian Ad Litem ELOISA GUTIERREZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TUSTIN, et al.,<br>Defendants. | **Lead Case No. SACV 12-01547 JLS (RNBx)**<br>**(Consolidated with: SACV 12-01933 JLS (RNBx))**<br>**Appeal No. 14-55184**<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL OF CONSOLIDATED ACTIONS WITH PREJUDICE** |

**ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY ORDERED,** that the complaints of plaintiffs A.K.H., a minor by and through her Guardian Ad Litem Elizabeth Landeros, Maria Cerda Reyes, Benito Herrera, H.H., a minor by and through her Guardian Ad Litem Eloisa Gutierrez, B.H. Jr., a minor by and through his Guardian Ad Litem Eloisa Gutierrez, and A.H. a minor by and through her Guardian Ad Litem Eloisa Gutierrez ("Plaintiffs"), Lead Case No. SACV 12-01547 JLS (RNBx), consolidated with Case No. SACV 12-01933 JLS (RNBx) are hereby dismissed, with prejudice.

All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: November 13, 2017

---
Honorable Josephine L. Staton
United States District Judge